FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**   NOV – 1 2012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

JAMES N. HATTEN
By: O. Cran   Deputy Clerk

-ODE

Aaron Brandon Willis #1212421
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

1:12-CV-3845

-vs-

Shay Hatcher, Betty Bailey-Dean
"John Doe" Kennedy
"John Doe" Schrader   individually and in their
(Enter above the full name of the defendant(s).) official capacities. Jury trial demanded.

I.  **Previous Lawsuits**
    A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

           Yes (  )      No (X)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is
        more than one lawsuit, describe the additional lawsuits on another piece of paper,
        using the same outline.)

           1.   Parties to this previous lawsuit:

                Plaintiff(s):  _____
                               _____

                Defendant(s): _____
                               _____

           2.   Court (name the district):
                _____
                _____

           3.   Docket Number:   _____

Rev. 12/5/07

## I.   Previous Lawsuits (Cont'd)

4.   Name of judge to whom case was assigned: _____

5.   Did the previous case involve the same facts?

   Yes ( )     No (✗)

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

7.   Approximate date of filing lawsuit: _____

8.   Approximate date of disposition: _____

## II.   Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.   Place of Present Confinement:   Forrest Hays State Prison

B.   Is there a prisoner grievance procedure in this institution?

   Yes (✗)     No ( )

C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✗)     No ( )

D.   If your answer is YES:
   1.   What steps did you take and what were the results?
   Due to the nature of the grievance it was put into a Formal capacity immediately by Canselor J. Couch) Then forwarded by warden to Internal Affairs for "review" and upheld by Office of Investigations on appeal for "review and action deemed necessary" without resolution.

   2.   If your answer is NO, explain why not: _____
   _____

III.   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff:   Aaron B. Willis #1212421

As of 8-21-12 TRANSFERRED

Address(es):   P.O. Box 668          P.O. Box 549
Underwood Drive       TELFAIR STATE PRISON
Hays State Prison     HELENA, GA.
TRION, GA 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s):   Shay Hatcher, Betty Bailey-Dean "John Doe" Kennedy, "John Doe" Schrader

Employed as   Deputy Warden of Security, Assistant Warden of Care & Treatment, CERT OFFICER, CERT OFFICER

at   FORREST HAYS STATE PRISON, 777 UNDERWOOD DR. TRION, GA 30753

IV.   **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any** legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 5-18-12, OFFICERS RESPONDED TO A CALL FOR "OFFICER NEEDING ASSISTANCE IN HAYS SOUTH DINING HALL. AS THERE WAS A FIGHT BETWEEN A SGT. AN OFFICER AND TWO INMATES. WHEN OFFICERS AND CERT DID ARRIVE, ALONG WITH DEPUTY WARDEN HATCHER, THEY PROCEEDED TO PEPPERSPRAY, GRAB & AS-SAULT INMATES AT RANDOM, WHO WERE NOT INVOLVED IN THE ALTERCATION. INMATE PERRY, JOSHUA, COBB, ALLEN, ROBERTS, JAMES, SANCHEZ, "JOHN DOE", AND LATER CARMICHAEL, KYLE. (THE INMATES FIGHTING UNKNOWN) WERE ASSAULTED AT RANDOM BY CERT & OFFICERS. IN THIS I WAS GRABBED BY CERT OFFICER KENNEDY, HIT IN THE HEAD WITH A BATON & PEPPER SPRAYED BY CERT OFC. SCHRADER. THEN SLAMMED TO THE FLOOR ON MY FACE.

Rev. 12/5/07

IV. **Statement of Claim (Cont'd)**

WHILE LAYING ON THE FLOOR DAZED AND HANDCUFFED, D.W. SHAY HATCHER WALKED INTO THE CHOW HALL & KICKED ME IN MY FACE AND RENDERED ME UNCONCIOUS. WHEN I AWOKE I WAS HANDCUFFED ON A "SANITATION CART IN HAYS I.D. ROOM, BLEEDING FROM MY MOUTH AND NOSE.

WHILE TRYING TO RECOUPERATE, I COULD HEAR OTHER INMATES BEING ASSAULTED AND COULD SEE A HISPANIC INMATE BLEEDING, HELD BY CERT OFC. WHILE CERT AND WARDEN HATCHER ASSAULTED US, HATCHER INSTRUCTED CERT TO "BUST HIS ASS" THEN TOLD US "YOUR GONNA WEAR THIS ASS WHOOPIN MOTHER FUCKER! YEAH YOU GON WEAR IT!"

WE WERE THEN TAKEN TO THE SMU "YARD PEN" & LEFT WITHOUT WATER OR MEDICAL TREATMENT, OR HELP FROM A.W. OF CARE & TREATMENT DEAN WHEN ASKED. WE WERE INSTEAD PLACED IN A CELL IN HAYS SMU, HOURS LATER.

THEN AT APPOXIMATELY 2:30 AM ON 5-19-12 WE WERE PHOTOGRAPHED, INTERVIEWED; AND TAKEN TO MEDICAL, BY REQUEST OF INTERNAL AFFAIRS OFC. HOLLAND AND ANOTHER I.A. OFC. MY FACE WAS EXAMINED ONLY AND MY HEAD, VITALS WERE TAKEN BY NURSE JANE DOE: I WAS THEN RETURNED TO MY CELL, WHERE WE WERE CHARGED WITH MULTIPLE FICTICIOUS CHARGES, INCLUDING ASSAULTS, DISTURBANCES & SOME CHARGED BY THE COUNTY SHERIFFS DEPT, AND LEFT IN HAYS SMU FOR AN UNDETERMINATE PERIOD BEYOND DISCIPLINARY SANCTION.

((OFFICERS OF INITIAL ALTERCATION/FIGHT SEARGENT "JOHN DOE" SMITH AND OFFICER "JOHN DOE" CHAPMAN COI ))

V. **Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE, AARON B. WILLIS, PRAYS FOR JUDGEMENT IN HIS FAVOR AND DAMAGES IN HIS FAVOR AGAINST ALL DEFENDANTS IN AN AMOUNT SUFFICIENT TO COMPENSATE HIM FOR THE PAIN AND MENTAL ANGUISH SUFFERED BY HIM, DUE TO THE DELIBERATE INDIFFERANCE AND INTENTIONAL MISCONDUCT OF DEFENDANTS, BUT IN NO EVENT LESS THAN $500,000, AND INJUNCTIVE RELIEF IN NO LESS THAN THE TERMINATION OF OR REMOVAL OF DEFENDANTS FROM WORKING IN DEPARTMENT OF CORRECTIONS, TOGETHER WITH ALL FEES AND COSTS, AND SUCH ADDITIONAL RELIEF AS THE COURT MAY DEEM JUST AND PROPER IN THIS PROCEEDING.

**V.     Relief (Cont'd)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Singed this ___5ᵗʰ___ day of _September_____ , 20_12_.

_Aaron B. Willis_
Signature of Plaintiff

STATE OF _GEORGIA_____
COUNTY (CITY) OF _CHATTOOGA_____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON _9-5-12_____
(Date)

_Aaron B. Willis_
Signature of Plaintiff