FEBRUARY 14, 2013

TO: DEPUTY CLERK
FOR THE U.S. DISTRICT COURT
OF ROME GEORGIA

CIVIL ACTION NO. 4:12-CV-287-HLM-WEJ

ON 12-14-12, BY DEPOSIT OF U.S. MAIL I SENT TO YOU A SIGNED, DATED AND NOTARIZED WHERE REQUESTED, MOTION IN REQUEST FOR APPOINTMENT OF COUNSEL IN THE ABOVE STYLED CASE. ALSO ACCOMPANYING THAT FILING WAS AN ORDER REQUESTING JUDGEMENT, BY DEFAULT UPON THE RESPONDENT FOR NOT FILING RETURN & ANSWER UPON MYSELF OR THE COURT IN THE CASE.

HAVING FILED THESE MOTIONS AND NOT HAVING THEM EITHER RETURNED OR RECIEPTED I CAN ONLY ASSUME A MISHANDLING OF BY GEORGIA DEPARTMENT OF CORRECTIONS, AND WOULD LIKE TO HAVE ADDED INTO THE RECORD OF ALL PROCEEDING. THAT IF THE ABOVE MOTIONS ARE NOT IN THE POSSESSION OF THE COURT, THAT GEORGIA DEPT. OF CORRECTIONS HAS DENIED ME DUE PROCESS WITH REGARDS TO ACCESS TO THE COURTS AS RIGHTFULLY PERMITTED.

THE HELP AND ADVISORY OF THE COURT IN THIS MATTER IS NEEDED, TO ACHIEVE THE RIGHT RESOLUTIONS.

RESPECTIVELY,

Aaron B. Willis

#1212421  E2-11T
3620 N. HARRIS RD.
WAYCROSS, GA
WARE STATE PRISON